ANTHONY SMALL *v.* COMMISSIONER OF CORRECTION

The petitioner Anthony Small's petition for certification for appeal from the Appellate Court, 98 Conn. App. 389 (AC 26245), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the petitioner was not denied effective assistance of counsel at trial and on appeal?"

The Supreme Court docket number is SC 17803.

*Joseph Visone*, special public defender, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided January 4, 2007